COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Tchalla Rhashaed Washington v. The State of Texas

Appellate case number:   01-12-00460-CR

Trial court case number: 21808

Trial court:             411th District Court of Polk County

The reporter's record filed in the above-referenced appeal is not complete because the exhibits have not been filed. The clerk's record reflects that appellant requested that the complete record be filed and reflects that appellant is indigent. *See* TEX. R. APP. P. 34.6, 35.3(b). The court reporter is **ordered** to file in this Court all exhibits admitted at trial, as listed in reporter's record volume one, "Master Index," **no later than May 6, 2013**. *See* TEX. R. APP. P. 35.3(c).

Appellant's request that he be provided with a copy of State's Exhibit 13, "Reporter's Record Dated 7-20-2011," is **granted**. The Clerk of this Court is directed to send to appellant a complete copy of the exhibit record once it has been filed by the court reporter.

Appellant's motion for extension of time to file a pro se response to the Anders brief filed by counsel is **granted**. Appellant's pro se response must be filed **no later than July 1, 2013**.

It is so ORDERED.


Judge's signature: /s/ Sherry Radack
                    ☑ Acting individually     ☐ Acting for the Court


Date: April 17, 2013